UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATOA ATUALEVAO,
    Plaintiff,

v.

AUDREY KING, et al.,
    Defendants.

Case No. 14-cv-04519-KAW

**ORDER OF TRANSFER**

    Plaintiff Atoa Atualevao, a state civil detainee held at Coalinga State Hospital pursuant to California's Sexually Violent Predator's Act, has filed a civil rights action under 42 U.S.C. § 1983 complaining of constitutional violations by the executive director and two former executive directors of Coalinga State Hospital and the executive directors of the California Department of State Hospitals.

    The acts complained of in this complaint occurred at Coalinga State Hospital, which is located in Fresno County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

    On his form complaint, Plaintiff indicates venue is proper in this district because, at one time, he resided in Alameda County and because his 2006 commitment proceedings occurred in Alameda County. Where Plaintiff once resided or where his 2006 commitment proceedings occurred is not relevant to venue for this civil rights action. Under 28 U.S.C. § 1391(b), venue for a civil rights action is proper in: (1) a judicial district where any defendant resides; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district that falls under subsections (1) or (2), any judicial district in which any defendant is subject to personal jurisdiction. Because several defendants reside in the Eastern

1  District and the events or omissions giving rise to Plaintiffs' claims occurred in the Eastern
2  District, where Plaintiff is housed, the proper venue for this action is the Eastern District.
3      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
4  TRANSFERRED to the United States District Court for the Eastern District of California. The
5  Clerk of the Court shall terminate all motions and transfer the case forthwith.

7  **IT IS SO ORDERED**.
8  Dated: November 18, 2014



KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California